[No. 33766-1-I.    Division One.    October 24, 1994.]

HERB CHILDERS, *Appellant*, v. BILL BAILEY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-2-00688-4, Michael F. Moynihan, J., entered November 12, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31525-1-I.    Division One.    October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00762-7, Gerald L. Knight, J., entered September 15, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31979-5-I.    Division One.    October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. NAPOLEON HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-01757-3, Richard M. Ishikawa, J., entered November 25, 1992. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 31360-6-I.    Division One.    October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DEANDRE LAVON OFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03040-5, John M. Darrah, J., entered August 27, 1992. *Dismissed* by unpublished per curiam opinion.